IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ESTATE OF MARY A. HERDA, DECEASED, et al.,**

    Defendants.

**CIVIL NO. 2:11CV00724**
**JUDGE ALGENON L. MARBLEY**
**MAGISTRATE JUDGE KEMP**

### ORDER DISMISSING PARTY DEFENDANT

Upon motion of the plaintiff, United States of America pursuant to Rule 21, Fed.R.Civ.P., to dismiss (Doc. 35), and it appearing to the Court that defendant Unknown Spouse, if any, of Luke A. Herda was named as a party defendant in this action and is no longer needed for complete adjudication of the within cause of action,

IT IS ORDERED that the named defendant, Unknown Spouse, if any, of Luke A. Herda, be and hereby is dismissed as a party defendant in this action.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

APPROVED:

CARTER M. STEWART
United States Attorney

s/Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-5715
Facsimile: (614) 469-5240
E-mail: bethany.hamilton@usdoj.gov