IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.

CIVIL NO. 2:11CV00724
JUDGE MARBLEY
MAGISTRATE JUDGE KEMP

ESTATE OF MARY A. HERDA,
DECEASED, et al.,

    **Defendants.**

### DEFAULT JUDGMENT

The defendants, Estate of Mary A. Herda, Deceased, Mary L. Daugherty, Individually and as Executor of the Estate of Mary A. Herda, Deceased, Donald D. Daugherty, Ronald V. Tyson, Linda Tyson, Michael A. Tyson, Shirley Tyson, Waverly F. Tyson, Cynthia Tyson, John A. Tyson, Kimberly Tyson, Rita J. Hecker, Robert Hecker, John J. Herda, Patricia Herda, Paul E. Herda, Dorothy Herda, Mark C. Herda, Kaye Herda, Luke A. Herda, Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of Mary A. Herda, Deceased, and Financial Freedom Acquisition LLC, having failed to plead or otherwise defend in this action and the default having been entered;

Now upon application of the plaintiff for default judgment against the defendants and that defendants have been defaulted for failure to appear, and that each named defendant is not an infant or an incompetent person, and not in the military service of the United States,

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered against defendants Estate of Mary A. Herda, Deceased, Mary L. Daugherty, Individually and as Executor of the Estate of Mary A. Herda, Deceased, Donald D. Daugherty, Ronald V. Tyson, Linda Tyson, Michael A. Tyson, Shirley Tyson, Waverly F. Tyson, Cynthia Tyson, John A.

Tyson, Kimberly Tyson, Rita J. Hecker, Robert Hecker, John J. Herda, Patricia Herda, Paul E. Herda, Dorothy Herda, Mark C. Herda, Kaye Herda, Luke A. Herda, Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of Mary A. Herda, Deceased, and Financial Freedom Acquisition LLC for their failure to appear or plead to plaintiff's complaint.

It is further ORDERED, ADJUDGED, AND DECREED that the lien of the Treasurer of Muskingum County, Ohio is the first and best lien against the real property and senior to the two mortgage liens of plaintiff, United States of America.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE